# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **VICTORIA BRUMLOW,** | )<br>) |
| Plaintiff, | )<br>) |
| | ) **CIVIL ACTION NO.:** |
| v. | ) **2:20-CV-00650-GMB** |
| | ) |
| **THE TOWN OF BROOKSIDE, ALABAMA; and MICHAEL JONES, individually and in his Capacity as Chief of Police of the Town of Brookside,** | )<br>)<br>)<br>)<br>) **UNOPPOSED** |
| | ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** the parties in the above referenced case, by and through their undersigned attorneys of record, and move this Court by joint stipulation to dismiss the above styled action with prejudice, court costs taxed as paid.

Respectfully submitted this 12th of November, 2021.

      *s/ W. M. Dawson*
      William M. Dawson, Esq.
      Attorney for Plaintiff
      1736 Oxmoor Rd. #101
      Birmingham, AL 35209
      205 795-3512
      Bill@billdawsonlaw.com

*s/ Stephen K. Woodall*
Stephen K. Woodall, Esq.
Attorney for Plaintiff
1736 Oxmoor Road, Suite 101
Birmingham, Alabama 35209
T: 205.795.3517
E: stephenwoodall@woodall.law

*s/ James D. Sears*
James D. Sears, Esq.
Attorney for Plaintiff
5809 Feldspar Way
Hoover, Alabama 35244
T: 205.588.0755
E: jdsears@searslaw.net

*s/ Timothy P. Donahue, Jr.*
Timothy P. Donahue, Jr.
Attorney for Defendants
Donahue & Associates, LLC.
1020 22nd Street South
Birmingham, Alabama 35205
T: 205-871-8858
F: 205-879-1679
E: tdonahue@donahue-associates.com

*s/ K. Mark Parnell*
K. Mark Parnell, Esq.
Attorney for Defendants
Parnell Thompson, LLC
200 Office Park Drive, Suite 328
Birmingham, Alabama 35223
T: 205-582-2652
E: parnell@ptlawllc.com